FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 FEB -6 PM 3: 44

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

WELLESTEY D. MADURIE, JR. and
CHRISTINE MADURIE, husband and wife,

Plaintiffs,

3:12-CV-128-J-37JBT

v.

HEARTLAND EXPRESS, INC. OF IOWA,
a foreign corporation authorized to do
business in the State of Florida

Defendant.
_____/

### DEFENDANT'S NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Middle District of Florida, Jacksonville Division, Defendant, HEARTLAND EXPRESS, INC. OF IOWA ("Heartland"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§1441 (a) and 1446, respectfully petitions for the removal of this action to the United States District Court for the Middle District of Florida, and as grounds in support would state as follows:

1. On or about April 26, 2011, the above-captioned lawsuit was filed in the Circuit Court for the Seventh Judicial Circuit, in and for St. Johns County, Florida, and is now pending in said court under case number CA11-0661, Division 55. Thereafter, Defendant, Heartland, was served with the Complaint on May 2, 2011. A true and correct copy of the Complaint is attached hereto as Exhibit "A." A true and correct copy of the state court file is attached hereto as Composite Exhibit "B."

2. This action involves a motor vehicle accident which occurred on June 23, 2008, in St. Johns County, Florida.

3. At all times material hereto, at the time of the filing of the Complaint, and at the time of filing this Notice of Removal, Defendant, Heartland, was and is a foreign corporation organized pursuant to the laws of the state of Iowa and maintaining its principal place of business in Iowa.

4. By allegation, Plaintiffs' Complaint makes clear that Plaintiffs, Wellestey and Christine Madurie, were and are residents and citizens of Clewiston, Florida. Complaint, ¶ 2. Upon information and belief, at all times material the Plaintiffs were and are residents and citizens of Hendry County, Florida.

5. This action is one in which the United States District Courts are given original jurisdiction by reason of diversity citizenship of the parties, pursuant to 28 U.S.C. §1332.

6. The Complaint merely set forth the jurisdictional allegation that claimed "damages exceeding $15,000.00." Complaint, ¶ 1. Therefore, on its face, the allegations of the Complaint did not provide Heartland with knowledge that the amount in controversy in this case exceeded $75,000.00.

7. On January 6, 2012, Heartland first became aware that the amount in controversy in this matter exceeds $75,000.00. During the deposition of the Plaintiff, Wellestey Madurie, on that date, the Plaintiff was asked pointblank whether he

was seeking damages in excess of $75,000.00 in this lawsuit. The Plaintiff responded, "yes."[1] Therefore, this case is properly removable at this point.

8. Pursuant to 28 U.S.C. §1446, this Notice of Removal is being filed within one year of commencement of the action, and within thirty days of receipt by Defendant of "other paper from which it may first be ascertained that the case is one which is, or has become, removable."

9. A copy of this Notice of Removal is being filed by Defendants with the Clerk of the Circuit Court in which this action is pending.

WHEREFORE, Defendant, HEARTLAND EXPRESS, INC. OF IOWA, hereby gives notice that the referenced action should be removed from the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida to the United States District Court for the Middle District of Florida, Jacksonville Division, pursuant to the authority of 28 U.S.C. §1441 and pursuant to the procedures provided in 28 U.S.C. §1446.

RESPECTFULLY SUBMITTED this 6th day of February, 2012.

---

[1] The full transcript of Wellestey Madurie's deposition was previously filed with the state court below, and is included within composite Exhibit "B," attached hereto. For the Court's convenience, pertinent excerpts from Mr. Madurie's deposition are attached hereto as Exhibit "C."

FERNANDEZ TRIAL LAWYERS, P.A.

_____
E.T. FERNANDEZ, III, ESQUIRE
Florida Bar No.: 371556
**GREGORY E. BLACKWELL, ESQUIRE**
Florida Bar No.: 662666
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
(904) 398-8008 Telephone
(904) 398-0332 Facsimile
Attorneys for Defendant
Heartland Express, Inc. of Iowa

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to **Robert L. McLeod, II, Esquire** and **Seth B. Dempsey, Esquire**, 1200 Plantation Island Drive South, Suite 140, St. Augustine, Florida 32080, by facsimile and U.S. Mail, this 6th day of February, 2012.

FERNANDEZ TRIAL LAWYERS, P.A.

_____
E.T. FERNANDEZ, III, ESQUIRE
Florida Bar No.: 371556
**GREGORY E. BLACKWELL, ESQUIRE**
Florida Bar No.: 662666
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
(904) 398-8008 Telephone
(904) 398-0332 Facsimile
Attorneys for Heartland Express, Inc. of Iowa