**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**WELLESTEY D. MADURIE, JR. and
CHRISTINE MADURIE, husband and wife,**

    Plaintiffs,

v.

**Case No. 3:12-cv-128-J-37JBT**

**HEARTLAND EXPRESS, INC. OF IOWA,**

    Defendant

                                             /

## Order Of Dismissal

Upon the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 30), filed January 28, 2013, it is **ORDERED** and **ADJUDGED** that

1. This case is hereby **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees.

2. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of January, 2013.

_____
ROY B. DALTON, JR.
United States District Judge

Copies: Counsel of Record